THE PEOPLE OF THE STATE OF NEW YORK ex rel. OSWEGO FALLS CORPORATION et al., Respondents, *v.* JOHN M. FOSTER et al., Composing the Common Council of the City of Fulton, Appellants.

Argued April 11, 1938; decided May 17, 1938.

*William S. Hillick* for appellants.

*George M. Fannin* and *James C. Fannin* for respondents.

*William M. Gallagher, County Attorney (Dwight L. Murphy* of counsel), for county of Oswego, *amicus curiæ.*

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.